UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CATHERINE GONZALEZ,

                                      Plaintiff,      **NOTICE OF REMOVAL**

               - against -                           22-CV-5414

THE NEW YORK CITY TRANSIT AUTHORITY,
THE METROPOLITAN TRANSPORTATION
AUTHORITY, THE MANHATTAN AND BRONX
SURFACE TRANSPORTATION OPERATING
AUTHORITY, and MERVIN G. REOVAN,

                                      Defendants.

------------------------------------------------------------------x

TO:     THE UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK

Defendants New York City Transit Authority ("Transit Authority") the Metropolitan Transportation Authority ("MTA"), and the Manhattan and Bronx Surface Transit Operating Authority[1] ("MaBSTOA"), and Mervin Reovan (together "Defendants"), by and through their attorney, David I. Farber, General Counsel of the Transit Authority, Byron Z. Zinonos, of Counsel, respectfully show this Court as follows:

      1.      On or about June 8, 2022, the Transit Authority was served with a Complaint in the above-entitled action, pending in the Supreme Court of the State of New York, County of New York, Index No. 152593/2022, naming the above-captioned Defendants as the defendants therein,

---

[1] The caption and body of the Complaint erroneously refer to the "Manhattan and Bronx Surface Transportation Operating Authority," which does not exist.

1

and setting forth claims for relief upon which the action is based. A copy of the Complaint, dated June 9, 2022[2], is annexed hereto as Exhibit ("Ex.") A.

2.  The above-captioned action is a civil action of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1331, in that it alleges claims which arise under the laws of the United States, and a violation of plaintiff's federal civil rights by Defendants. This action is therefore removable to the United States District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. §§ 1441(b) and 1443.

3.  In this lawsuit, plaintiff asserts claims alleging, inter alia, discrimination based upon race, sex, sexual orientation, and retaliation, in violation of "42 U.S.C. § 2000," Article 15, § 290, et. seq. of the New York State Executive Law (otherwise known as the New York State Human Rights Law, and § 8-101, et seq. of the New York City Administrative Code and Charter (otherwise known as the New York City Human Rights Law). See Exhibit A.

4.  This Notice of Removal is timely because it is being filed within thirty (30) days of receipt of the initial pleading.

5.  Defendants will promptly file a copy of this Notice of Removal with the Clerk of the state court in which the action is pending.

6.  Defendants are unaware of any previous application for the relief requested herein.

---

[2] Although the Complaint is signed and dated June 9, 2022, the Complaint was filed via the New York State Courts Electronic Filing System (NYSCEF) on June 8, 2022.

**WHEREFORE**, Defendants respectfully request that the above-captioned action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated: Brooklyn, New York
June 27, 2022

                            David I. Farber
                            Vice President and General Counsel
                            New York City Transit Authority
                            Attorney for Defendants
                            130 Livingston Street, Rm 1242s
                            Brooklyn, New York 11201
                            718-694-3823

                            By: _____
                                 Byron Zinonos
                                 Agency Attorney

To:    JOHN T. HAGUE, ESQ.
        Hoffman Roth & Matlin, LLP
        *Attorney for Plaintiff*
        505 8th Avenue, Suite 1101
        New York, NY 10018
        212-964-1890