

|  | Partners | Associates |
|---|---|---|
|  | JAMES A. ROTH | TILLIE S. MIRMAN |
|  | BARRY M. HOFFMAN | MARY A. SOLIMINE |
|  | WILLIAM S. MATLIN | NICOLLE ZAVADOFF |
|  | JOSHUA R. HOFFMAN | **Office Manager** |
|  | JOHN T. HAGUE | SOFIA ZOULIS |

November 11, 2022

BY: ECF
HONORABLE RONNIE ABRAMS
United States District Court
Southern District of New York
500 Pearl Street, Room 2203
New York, New York, 10007

Re: Catherine Gonzalez v. The New York City Transit
Authority, the Metropolitan Transportation Authority
The Manhattan and Bronx Surface Transportation Operating
Authority, and Mervin G. Reovan
Docket No. 22-cv-5414
Our File No: 459-HO1

Dear Judge Abrams:

    Our office represents the Plaintiff. I am writing to request a 30-day extension of time to oppose the Defendant's motion to dismiss filed on November 7, 2022. I was out of the office a couple of days this week and have not had an opportunity to oppose the motion due to depositions on the 8th and 11th. On November 15, 2022, I am scheduled to have shoulder surgery, and while I hope to only be out for a couple of days, I may need more time. This is the first request for an extension to oppose this motion.

    I spoke with Mr. Zinonos, counsel for the Defendants, and he consented. Mr. Zinonos asked if I would consent to three weeks for them to reply and I also consented to that extension.

    It is respectfully requested that this letter request for an enlargement of time, both for Plaintiff's opposition and Defendant's reply be granted. The proposed dates are as follows: Opposition is due on December 14, 2022, and reply on January 4, 2023.

    Thank you for your time and consideration in this matter.

 505 8th Ave., Suite 1101, New York, NY 10018    212.964.1890    212.964.4306    info@hrmnylaw.com *(Not for service of legal papers)*

        Respectfully yours,

        <u>JOHN T. HAGUE, ESQ</u>.
        HOFFMAN ROTH & MATLIN, LLP
        Attorneys for Plaintiff
        505 8th Avenue, Suite 1101
        New York, NY 10018
        Our File No: 459-HO1
        jhague@hrmnylaw.com

cc:
Case 1:22-cv-05414-RA
BYRON Z. ZINONOS, ESQ.
Attorneys for Defendants
THE NEW YORK CITY TRANSIT AUTHORITY, THE METROPOLITAN TRANSPORTATION AUTHORITY, THE MANHATTAN AND BRONX SURFACE TRANSPORTATION OPERATING AUTHORITY
Byron.Zinonos@NYCT.com

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 14, 2022

2