UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE GONZALEZ,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>THE NEW YORK CITY TRANSIT<br>AUTHORITY et al.,<br><br>                    Defendants. | 22 Civ. 05414 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

   Before the Court is Defendants' Motion to Dismiss the Amended Complaint (ECF No. 21).  For reasons that will follow, Plaintiff's Title VII claims are dismissed, and as the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims, this action is hereby remanded to the Supreme Court of the State of New York, County of New York.

   The Clerk of Court is directed to (1) remand this case to the Supreme Court of the State of New York, County of New York; (2) terminate the motion pending at ECF No. 21; and (3) close this case.

   SO ORDERED.

Dated: March 31, 2024
       New York, New York

                                           _____
                                           JENNIFER H. REARDEN
                                           United States District Judge